**EXHIBIT "B"**

# Bill

Eurooptic  
439 Crawford Alley  
Montoursville, PA 17754

| Date | Ref. No. |
|---|---|
| 06/18/2015 | EO618-15 |

| Vendor | | |
|---|---|---|
| DRD-LLC<br>P.O. BOX 88<br>DALLAS, GA 30132 |  | Bill Due 06/28/2015<br>Terms NET 10<br>Memo |

## Items

| Item | Description | Qty | U/M | Cost | Amount | Customer:Job | Class |
|---|---|---|---|---|---|---|---|
| DRD Tactical:Kivaari:K338-BLK-BP | DRD KIVAARI™ Semi Auto 338 Lapua Magnum Black with backpack | 0 | | 4,950.00 | 0.00 | | Jeffrey |
| DRD Tactical:Kivaari:K338-BLK-HC | DRD KIVAARI™ Semi Auto 338 Lapua Magnum Black with hardcase | 20 | | 4,950.00 | 99,000.00 | | Jeffrey |
| DRD Tactical:Kivaari:K338-FDE-BP | DRD KIVAARI™ Semi Auto 338 Lapua Magnum FDE with backpack | 0 | | 4,950.00 | 0.00 | | Jeffrey |
| DRD Tactical:Kivaari:K338-FDE-HC | DRD KIVAARI™ Semi Auto 338 Lapua Magnum FDE with Hard Case | 0 | | 4,950.00 | 0.00 | | Jeffrey |

Item Total : USD 99,000.00

**Bill Total :USD 99,000.00**

# Bill

Eurooptic
439 Crawford Alley
Montoursville, PA 17754

| Date | Ref. No. |
|---|---|
| 06/24/2015 | E0625-15 |

| Vendor |
|---|
| DRD-LLC
P.O. BOX 88
DALLAS, GA 30132 |

| Bill Due | 07/04/2015 |
|---|---|
| Terms | NET 10 |
| Memo | |



## Items

| Item | Description | Qty | U/M | Cost | Amount | Customer:Job | Class |
|---|---|---|---|---|---|---|---|
| DRD Tactical:Kivaari:K338-BLK-BP | DRD KIVAARI™ Semi Auto 338 Lapua Magnum Black with backpack | 0 | | 4,950.00 | 0.00 | | Jeffrey |
| DRD Tactical:Kivaari:K338-BLK-HC | DRD KIVAARI™ Semi Auto 338 Lapua Magnum Black with hardcase | 5 | | 4,950.00 | 24,750.00 | | Jeffrey |
| DRD Tactical:Kivaari:K338-FDE-BP | DRD KIVAARI™ Semi Auto 338 Lapua Magnum FDE with backpack | 0 | | 4,950.00 | 0.00 | | Jeffrey |
| DRD Tactical:Kivaari:K338-FDE-HC | DRD KIVAARI™ Semi Auto 338 Lapua Magnum FDE with Hard Case | 0 | | 4,950.00 | 0.00 | | Jeffrey |

Item Total : USD 24,750.00

# Bill

Eurooptic
439 Crawford Alley
Montoursville, PA 17754

| Date | Ref. No. |
|---|---|
| 06/24/2015 | E0625-15 |

| Vendor |
|---|
| DRD-LLC
P.O. BOX 88
DALLAS, GA 30132 |



| Bill Due | 07/04/2015 |
|---|---|
| Terms | NET 10 |
| Memo | |

# Expenses

| Account | Memo | Amount | Customer:Job | Class |
|---|---|---|---|---|
| | | | | John Mcdermott |

Expense Total : 0.00

## Bill Total :USD 24,750.00

# Bill

Eurooptic
439 Crawford Alley
Montoursville, PA 17754

| Date | Ref. No. |
|---|---|
| 06/24/2015 | E0625-15 |

| Vendor |
|---|
| DRD-LLC<br>P.O. BOX 88<br>DALLAS, GA 30132 |

| Bill Due | 07/04/2015 |
|---|---|
| Terms | NET 10 |
| Memo | |



# Items

| Item | Description | Qty | U/M | Cost | Amount | Customer:Job | Class |
|---|---|---|---|---|---|---|---|
| DRD Tactical:Kivaari:K338-BLK-BP | DRD KIVAARI™ Semi Auto 338 Lapua Magnum Black with backpack | 5 | | 4,950.00 | 24,750.00 | | Jeffrey |
| DRD Tactical:Kivaari:K338-BLK-HC | DRD KIVAARI™ Semi Auto 338 Lapua Magnum Black with hardcase | 0 | | 4,950.00 | 0.00 | | Jeffrey |
| DRD Tactical:Kivaari:K338-FDE-BP | DRD KIVAARI™ Semi Auto 338 Lapua Magnum FDE with backpack | 0 | | 4,950.00 | 0.00 | | Jeffrey |
| DRD Tactical:Kivaari:K338-FDE-HC | DRD KIVAARI™ Semi Auto 338 Lapua Magnum FDE with Hard Case | 0 | | 4,950.00 | 0.00 | | Jeffrey |

Item Total : USD 24,750.00

# Bill

Eurooptic  
439 Crawford Alley  
Montoursville, PA 17754

| Date | Ref. No. |
|---|---|
| 06/24/2015 | E0625-15 |

| Vendor |
|---|
| DRD-LLC<br>P.O. BOX 88<br>DALLAS, GA 30132 |



| Bill Due | 07/04/2015 |
|---|---|
| Terms | NET 10 |
| Memo | |

# Expenses

| Account | Memo | Amount | Customer:Job | Class |
|---|---|---|---|---|
|  |  |  |  | John Mcdermott |

Expense Total : 0.00

**Bill Total :USD 24,750.00**

# Bill

Eurooptic  
439 Crawford Alley  
Montoursville, PA 17754

| Date | Ref. No. |
|---|---|
| 06/30/2015 | EO630-15 |

| Vendor |
|---|
| DRD-LLC<br>P.O. BOX 88<br>DALLAS, GA 30132 |

| Bill Due | 07/10/2015 |
|---|---|
| Terms | NET 10 |
| Memo | |



## Items

| Item | Description | Qty | U/M | Cost | Amount | Customer:Job | Class |
|---|---|---|---|---|---|---|---|
| DRD Tactical:Kivaari:K338-BLK-BP | DRD KIVAARI™ Semi Auto 338 Lapua Magnum Black with backpack | 0 | | 4,950.00 | 0.00 | | Jeffrey |
| DRD Tactical:Kivaari:K338-FDE-BP | DRD KIVAARI™ Semi Auto 338 Lapua Magnum FDE with backpack | 0 | | 4,950.00 | 0.00 | | Jeffrey |
| DRD Tactical:Kivaari:K338-FDE-HC | DRD KIVAARI™ Semi Auto 338 Lapua Magnum FDE with Hard Case | 10 | | 4,950.00 | 49,500.00 | | Jeffrey |

Item Total : USD 49,500.00

**Bill Total :USD 49,500.00**

# Bill

| Date | Ref. No. |
|---|---|
| 06/30/2015 | EO630-15 |

Eurooptic
439 Crawford Alley
Montoursville, PA 17754

| Vendor |
|---|
| DRD-LLC<br>P.O. BOX 88<br>DALLAS, GA 30132 |

| Bill Due | 07/10/2015 |
|---|---|
| Terms | NET 10 |
| Memo | |



## Items

| Item | Description | Qty | U/M | Cost | Amount | Customer:Job | Class |
|---|---|---|---|---|---|---|---|
| DRD Tactical:Kivaari:K338-BLK-BP | DRD KIVAARI™ Semi Auto 338 Lapua Magnum Black with backpack | 0 | | 4,950.00 | 0.00 | | Jeffrey |
| DRD Tactical:Kivaari:K338-FDE-BP | DRD KIVAARI™ Semi Auto 338 Lapua Magnum FDE with backpack | 0 | | 4,950.00 | 0.00 | | Jeffrey |
| DRD Tactical:Kivaari:K338-FDE-HC | DRD KIVAARI™ Semi Auto 338 Lapua Magnum FDE with Hard Case | 6 | | 4,950.00 | 29,700.00 | | Jeffrey |

Item Total : USD 29,700.00

**Bill Total :USD 29,700.00**