**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EUROOPTIC, LTD., <br> 439 Crawford Alley <br> Montoursville, PA 17815 | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | <br><br><br>DOCKET NO. 4:16-CV-00578-CCC |
| Plaintiff | | |
| vs. | | |
| DRD, LLC <br> 268 Cadillac Parkway, Suite 104 <br> Dallas, GA 30157 | | |
| Defendant | : | CIVIL ACTION - Law |

**NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL OF CASE**

AND NOW comes Plaintiff EuroOptic, Ltd., by its undersigned attorney, files the instant Notice of Settlement and Voluntary Dismissal of Case ("Notice") and in support thereof sets forth as follows:

1. On or about April 6, 2016, Plaintiff EuroOptic, Ltd., filed the above-captioned action against Defendant DRD, LLC.

2. Defendant DRD, LLC waived service and a Waiver of Service of Summons was filed with the Court.

3. The parties have entered into a settlement of the issues raised by the above-captioned matter and the settlement is memorialized by an agreement by and between the parties.

4. Pursuant to the terms of settlement, Plaintiff EuroOptic, Ltd., agreed to the dismissal of the above-captioned action with prejudice subject to this Court retaining jurisdiction for purposes of enforcing the terms and conditions of settlement if required.

WHEREFORE, Plaintiff EuroOptic, Ltd., hereby requests that this Court enter an appropriate Order of Court dismissing the above-captioned matter with prejudice subject to this Court retaining jurisdiction for purposes of enforcing the terms and conditions of settlement if required.

Respectfully submitted,

MCCORMICK LAW FIRM

/s/ J. Michael Wiley\_\_\_\_\_
J. Michael Wiley
Pa. Id. No. 69657
Attorneys for Plaintiff EuroOptic, Ltd.
835 West Fourth Street
Williamsport, PA 17701
(570) 326-5131
(570) 601-0768 (Fax)
mwiley@mcclaw.com