IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EUROOPTIC, LTD.,** | : | CIVIL ACTION NO. 4:16-CV-578 |
| **Plaintiff** | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| | : | |
| **DRD, LLC.,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 11th day of August, 2016, it having been reported to the Court that the above action has been settled, IT IS HEREBY ORDERED that this action is dismissed without costs and without prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania